# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*, | Case No. 24-11442 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| ALEX GOLDEN, on behalf of himself and all others similarly situated, | Adv. No. 24-50112 (MFW) |
| Plaintiff, | |
| v. | |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., | |
| Defendants. | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:  824 Market Street, 3rd Floor
Wilmington, DE 19801

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

16899185/1

2

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **MORRIS JAMES LLP** | **ACKERMANN & TILAJEF, P.C.** |
|---|---|
| Eric J. Monzo, Esquire | Craig J. Ackermann, Esquire |
| Ryan E. Carreon, Esquire | Avi Kreitenberg, Esquire |
| 500 Delaware Avenue, Suite 1500 | 315 South Beverly Drive, Suite 504 |
| Wilmington, DE 19801 | Beverly Hills, CA 90212 |
| Telephone: (302) 888-6800 | Telephone: (310) 277-0614 |
| Facsimile: (302) 571-1750 | Facsimile: (310) 277-0635 |
| E-mail: emonzo@morrisjames.com | E-mail: cja@ackermanntilajef.com |
| rcarreon@morrisjames.com | ak@ackermanntilajef.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:   United States Bankruptcy Court
for the District of Delaware
824 Market Street
3rd Floor, Courtroom No. 7
Wilmington, Delaware 19801

Date and Time: TBD

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**
Dated: August 20, 2024

*/s/ Una O'Boyle*
Clerk of the Bankruptcy Court